■ PATSY SALITURI et al., Respondents, v. VINCENT EREZUMA, Appellant. — Motion for a stay of an assessment of damages pending appeal from order granting summary judgment, granted. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ DETA SCOTT et al., Appellants, v. ALEX ROSEWITZ, Respondent.— Motion to dismiss appeal denied on condition that appellants argue or submit the appeal at the November Term, beginning October 31, 1960. The appeal is ordered to be placed on the calendar for said term. The record and appellants' brief must be served and filed on or before October 20, 1960. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ DE WITT SHOEMAKER, Respondent, v. METEOR SPORTMAN'S CENTER, INC., Appellant.—Motion to dismiss appeal granted by default, with $10 costs, and appeal dismissed. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ RAYMOND VOLPE, Respondent, v. JULIUS INCOGNITO et al., Appellants. — Motion to dismiss appeal and for other relief. Motion to dismiss appeal granted by default, with $10 costs, and appeal dismissed. In other respects, the motion is denied, without prejudice to an application at Special Term. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ EUGENIA WEGORZEWSKI, Respondent, et al., Plaintiff, v. DE MATTIA MACHINE & TOOL COMPANY, INC., Defendant-Appellant and Third-Party Plaintiff-Appellant. R. C. MOLDING, INC., Third-Party Defendant-Respondent.— Motion to dismiss appeal denied on condition that appellant argue or submit the appeal at the November Term, beginning October 31, 1960. The appeal is ordered to be placed on the calendar for said term. The record and appellant's brief must be served and filed on or before October 20, 1960. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent. v. RICHARD ALSTON, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK. Respondent, v. GEORGE JOSEPH BOUNDY, Appellant. (C) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KING DAVID PATE, Appellant. (D) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PEDRO RIERA, Appellant. (E) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT ROMANO, Appellant. (F) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY STRYZEWSKI, Appellant.— Motion for leave to dispense with printing granted. The appeal will be heard on the original papers and on a typewritten brief. The appellant is directed to file five copies of his typewritten brief and to serve one copy thereof on the District Attorney. The appellant's time to perfect the appeal is enlarged to the January 1961 Term; appeal ordered to be placed on the calendar for said January 1961 Term. Motion for assignment of counsel granted. Anthony F. Marra, Esq., 100 Centre Street, New York 13, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.